IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**CHAD KISTER,**

      **Plaintiff,**

  vs.                                            **Civil Action 2:12-CV-572**
                                                                                                                  **Judge Marbley**
                                                                                                                  **Magistrate Judge King**

**PAT KELLY, ATHENS COUNTY
SHERIFF,** *et al.***,**

      **Defendants.**

## ORDER

Upon motion, Doc. No. 29, the continued preliminary pretrial conference scheduled for January 3, 2013 is **VACATED**. A continued preliminary pretrial conference shall be rescheduled upon notification of plaintiff's availability.


December 28, 2012                                        *s/Norah McCann King*
                                                                           Norah M$^c$Cann King
                                                           United States Magistrate Judge